906

No. 95. SCHWEITZER ET AL. v. CLERK FOR THE CITY OF PLYMOUTH ET AL. Sup. Ct. Mich. Certiorari denied. *Sheldon M. Meizlish* for petitioners. *Edward Draugelis* for respondents.

No. 235. GOITIA v. UNITED STATES. C. A. 1st Cir. Certiorari denied. *Albert J. Krieger* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 321. GIDDENS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. *Howard K. Berry, Jr.,* for petitioner. *G. T. Blankenship,* Attorney General of Oklahoma, and *W. Howard O'Bryan, Jr.,* and *Duane Lobaugh,* Assistant Attorneys General, for respondent.

No. 358. RILEY ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *William T. Healy* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Edward Fenig* for the United States.

No. 411. DRAPER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Raymond Kyle Hayes* for petitioner. *Solicitor General Griswold* for the United States.

No. 848. MAYERSOHN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Michael S. Fawer* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Marshall Tamor Golding* for the United States.